IN THE COURT OF APPEALS OF TENNESSEE
AT NASHVILLE
Assigned on Briefs April 3, 2018

**IN RE JUSTICE H., ET AL.**

**Appeal from the Juvenile Court for Stewart County**
**No. 7294    G. Andrew Brigham, Judge**

_____

**No. M2017-01870-COA-R3-PT**

_____

**JUDGMENT**

This appeal came on to be heard upon the record of the Juvenile Court of Stewart County and briefs filed on behalf of the respective parties. This Court is of the opinion that the Juvenile Court of Stewart County's judgment should be affirmed.

It is therefore ORDERED and ADJUDGED by this Court that the judgment of the Juvenile Court of Stewart County is affirmed, and this cause is remanded to the Juvenile Court of Stewart County for collection of the costs below. Costs on appeal are taxed against the Appellants, Joshua H. and Amie H., and their surety, if any.

PER CURIAM